Jeffrey S. Gerardo #146508
Steven M. Dailey #163857
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA 92614-8595
Telephone: (949) 417-0999
Facsimile: (949) 417-5394
Email: jeffrey.gerardo@kutakrock.com
Email: steven.dailey@kutakrock.com

E-FILED 2/27/17

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger to WELLS FARGO BANK MINNESOTA, N.A., f/k/a NORWEST BANK MINNESOTA, N.A., solely as Trustee for STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS MORTGAGE FUNDING TRUST 2006-AR5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR5 [erroneously named as "WELLS FARGO BANK, N.A., as successor by merger to WELLS FARGO BANK MINNESOTA, N.A., f/k/a/ NORTHWEST BANK OF MINNESOTA, N.A. solely as Trustee for STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC. BEAR STEARNS MORTGAGE FUNDING TRUST 2006-AR-5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR-5"]

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELE M. SCHNEIDEREIT,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., as successor by merger to WELLS FARGO BANK MINNESOTA, N.A., f/k/a/ NORTHWEST BANK OF MINNESOTA, N.A. solely as Trustee for STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC. BEAR STEARNS MORTGAGE FUNDING TRUST 2006-AR-5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR-5; QUALITY LOAN SERVICE CORPORATION; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:16-cv-6412-PSG<br><br>Judge: Hon. Philip S. Gutierrez<br>Courtroom: 6A<br><br>[~~PROPOSED~~] JUDGMENT OF DISMISSAL<br><br>Date Filed: August 25, 2016 |

KUTAK ROCK LLP
ATTORNEYS AT LAW
IRVINE

1

PROPOSED JUDGMENT OF DISMISSAL

1  On February 15, 2017, the Court granted WELLS FARGO BANK, N.A.,
2  successor by merger to WELLS FARGO BANK MINNESOTA, N.A., f/k/a
3  NORWEST BANK MINNESOTA, N.A., solely as Trustee for STRUCTURED
4  ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS MORTGAGE
5  FUNDING TRUST 2006-AR5, MORTGAGE PASS-THROUGH
6  CERTIFICATES, SERIES 2006-AR5's ["WELLS FARGO's"] Motion to Dismiss
7  Plaintiff ADELE M. SCHEIDEREIT's Complaint with prejudice.

8  Therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that
9  the above-captioned action is dismissed, with prejudice, as to WELLS FARGO and
10 that a Judgment of Dismissal be entered in favor of WELLS FARGO and against
11 Plaintiff. Plaintiff is awarded nothing in this action against WELLS FARGO.

**SO ORDERED:**

Date: 2/27/17

PHILIP S. GUTIERREZ
_____
Hon. Philip S. Gutierrez